IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

EDISON BREWING COMPANY LLC,

    Plaintiff,

v.

    Case No. 2:21-cv-876
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Chelsey M. Vascura

GOURMET FRESH LLC,

    Defendants.

## ORDER

This matter arises on Defendant Gourmet Fresh, LLC's ("Gourmet Fresh") Unopposed Motion to Change the Date for the Upcoming Settlement Conference. (ECF No. 89.) As reflected therein, Gourmet Fresh requests that the settlement conference in this case—now scheduled for Wednesday, September 7, 2022—be moved to September 13, 2022, to accommodate a scheduling conflict involving one of the two lead attorneys for Gourmet Fresh. (*Id.*)

Unfortunately, the Court, due to its own schedule, cannot accommodate Gourmet Fresh's proposed date. That said, to the extent it (1) is acceptable to his client and (2) will not materially impede settlement discussions, the Court has no issue with counsel's initial request not to attend the settlement conference. The Court expects that all other members with the authority to negotiate on Gourmet Fresh's behalf will be in attendance.

Accordingly, Gourmet Fresh's motion is **DENIED**. (ECF No. 89.) The settlement conference will proceed as scheduled.

This case shall remain open.

**IT IS SO ORDERED.**

**8/29/2022**                                 <u>s/Edmund A. Sargus, Jr.</u>
**DATE**                                        **EDMUND A. SARGUS, JR.**
                                                **UNITED STATES DISTRICT JUDGE**